Asset Management Compan v. Best